Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN PALMER,<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No.  09-CV-00066-JAM-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, DAN PALMER, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 8, 2009. NCO filed its responsive pleading on February 9, 2009. DAN PALMER filed a Notice of Acceptance of NCO's Offer of Judgment on March 12, 2009. Prior to the Court entering judgment pursuant to the offer of judgment, the parties resolved the action in its entirety and filed a Notice of Settlement

PDF created with pdfFactory trial version www.pdffactory.com

on May 27, 2009. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/10/09     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

          /s/Albert R. Limberg
          Albert R. Limberg,
          Attorney for Defendant,
          NCO Financial Systems, Inc.

Dated: 6/10/09     KROHN & MOSS, LTD.

          /s/ Ryan Lee
          Ryan Lee,
          Attorney for Plaintiff,
          Dan Palmer

IT IS SO ORDERED.

Dated: June 11, 2009     /s/ John A. Mendez_____
          Hon. John A. Mendez
          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com